# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

KAREN VANESSA BERMUDEZ HERNANDEZ,

                Petitioner,

    v.

TIM ROBBINS, *et al.*,

                Respondents.

Case No. 2:26-cv-04265-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting In Part Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.

DATED: May 8, 2026

                            /s/

                    ROZELLA A. OLIVER
                    UNITED STATES MAGISTRATE JUDGE